Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROBERT K. VICINO, an Individual;
and FRACTIONAL VILLAS, INC., a
California Corporation

vs

STARFISH COASTAL
PROPERTIES, LLC, a Georgia
Limited Liability Company;
KENNETH CHRIS SHELDON, an
Individual; ERIN PAIGE SHELDON,
an Individual, and DOES 1 - 25.

FILED
08 MAY 30 PM 1:33
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CAL...

BY: ECU  DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0968 JAH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

The Law Offices of Eric Hanscom
7395 Portage Way
Carlsbad, CA 92011

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 5/30/08 |
|---|---|
| CLERK | DATE |

By _____ B. BOYD _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)