Gary Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
**COAST LAW GROUP, LLP**
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Plaintiffs,
Robert K. Vicino and Fractional Villas, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT K. VICINO, an individual, and FRACTIONAL VILLAS, INC., a California corporation | Case No. 08 CV 0968 JAH LSP |
| Plaintiffs, | **MOTION TO SUBSTITUTE ATTORNEY** |
| vs. | Judge: Hon. John Houston |
|  | Magistrate Judge: Hon. Leo S. Papas |
| STARFISH COASTAL PROPERTIES, LLC, a Georgia limited liability company; KENNETH CHRIS SHELDON, an individual; ERIN PAIGE SHELDON, an individual, and Does 1-25 | Demand for Jury Trial |
| Defendants. |  |

PLEASE TAKE NOTICE THAT

Plaintiffs Robert K. Vicino and Fractional Villas, Inc. hereby substitute Gary Sirota and

Robert Berkowitz of Coast Law Group, LLP, located at 169 Saxony Road, Suite 204, Encinitas,

California 92024 as their attorney of record in the above-referenced action in place of Eric

Hanscom of The Law Offices of Eric Hanscom, 7395 Portage Way, Carlsbad, CA 92011.


Dated: June 18, 2008        By: _____

                             Robert K. Vicino

Dated: June 18, 2008        By: _____

                             Robert K. Vicino, President
                             Fractional Villas, Inc.

I accept this substitution:

    Dated: June 18, 2008        Coast Law Group, LLP

                                By: s/Robert Berkowitz
                                Robert Berkowitz
                                Attorneys for Plaintiffs
                                Email: RBerkowitz@CoastLawGroup.com

I consent to this substitution:

    Dated: June 18, 2008        Law Offices of Eric Hanscom

                                By: Eric Hanscom
                                Eric Hanscom
                                Former Attorneys for Plaintffs
                                Email: Eric@Hanscom.com