**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT K. VICINO, an individual, and FRACTIONAL VILLAS, INC., a California corporation )<br><br>Plaintiffs, )<br><br>vs. )<br><br>STARFISH COASTAL PROPERTIES, LLC, a Georgia limited liability company; KENNETH CHRIS SHELDON, an individual; ERIN PAIGE SHELDON, an individual, and Does 1-25, )<br><br>Defendants. | Case No. 08 CV 0968 JAH LSP<br><br>**ORDER** |

The Court having considered the motion of Plaintiff Robert K. Vicino and Plaintiff Fractional Villas, Inc. that Gary Sirota and Robert Berkowitz of Coast Law Group, LLP be substituted as attorneys of record, and on consideration thereof found that good cause exists to grant said motion,

IT IS ORDERED that Gary Sirota and Robert Berkowitz of Coast Law Group, LLP be and are hereby substituted as attorneys for Plaintiff Robert K. Vicino and Plaintiff Fractional Villas, Inc

DATED:  June 25, 2008

_____

JOHN A. HOUSTON
United States District Judge

-1-