1  JOSEPH S. KLAPACH (State Bar No. 206345)
   THE LAW OFFICES OF JOSEPH KLAPACH
2  8200 Wilshire Boulevard, Suite 300
   Beverly Hills, CA  90211-2328
3  Telephone:  (310) 525-3724
   Facsimile:   (310) 728-1779
4  Email: Joseph@KlapachLaw.com

5  Attorney for Defendants
   STARFISH COASTAL PROPERTIES, LLC,
6  KENNETH CHRIS SHELDON, ERIN PAIGE
   SHELDON

7  GARY L. SIROTA (State Bar No. 136606)
   ROBERT BERKOWITZ (State Bar No. 227888)
8  COAST LAW GROUP
   169 Saxony Road, Suite 204
9  Encinitas, CA 92024
   Telephone:  (760) 942-8505
10 Facsimile:   (760) 942-8515
   Email: RBerkowitz@CoastLawGroup.com
11
12 Attorneys for Plaintiff
   FRACTIONAL VILLAS, INC.

13

14                    UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16 | FRACTIONAL VILLAS, INC., a California Corporation, | CASE No.  08 CV 0968 JAH LSP |
|---|---|
| Plaintiff, | JOINT MOTION FOR ORDER EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT FOR MONETARY DAMAGES |
| vs. | |
| STARFISH COASTAL PROPERTIES, LLC, a Georgia Limited Liability Company, KENNETH CHRIS SHELDON, an individual, ERIN PAIGE SHELDON, an individual; and DOES 1-25, | Judge: Hon. John Houston |
| | Magistrate Judge: Hon. Leo S. Papas |
| Defendants. | |

| | |
|---|---|
| 1 | <u>NOTICE OF JOINT MOTION FOR ORDER EXTENDING TIME</u> |
| 2 | PLEASE TAKE NOTICE that Plaintiff and Defendants jointly bring the attached Joint Motion for Order Extending Time to File Response to First Amended Complaint for Monetary Damages before the Hon. John Houston, Courtroom 11, Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, CA 92101. |

DATED: August 1, 2008            LAW OFFICES OF JOSEPH KLAPACH

By: /s  Joseph S. Klapach
       Joseph S. Klapach

Attorney for Defendants

DATED: August 1, 2008            COAST LAW GROUP

By: /s  Gary L. Sirota
       Gary L. Sirota

Attorneys for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Starfish Coastal Properties, LLC, Kenneth Chris Sheldon, and Erin Paige Sheldon are scheduled to file a response to Plaintiff Fractional Villas, Inc.'s First Amended Complaint on August 4, 2008.[1]  Defendants do not reside in California, needed time to find California counsel, and have only recently retained California counsel.  The parties therefore agree that Defendants should have until August 15, 2008, to file a response to Plaintiff's First Amended Complaint.

DATED:  August 1, 2008           LAW OFFICES OF JOSEPH KLAPACH


                                 By: /s  Joseph S. Klapach
                                         Joseph S. Klapach
                                 Attorney for Defendants

DATED:  August 1, 2008           COAST LAW GROUP


                                 By: /s  Gary L. Sirota
                                         Gary L. Sirota
                                 Attorneys for Plaintiff

---

[1] Plaintiff served the Summons and First Amended Complaint on July 14, 2008; Plaintiff had not previously served the original Complaint.

**PROOF OF SERVICE BY NOTICE OF ELECTRONIC FILING**

I, Joseph S. Klapach, declare:

1.  I am over the age of 18 and not a party to the within cause. My business address is 8200 Wilshire Boulevard, Suite 300, Beverly Hills, CA 90211.

2.  Pursuant to General Order No. 550, on August 1, 2008, I electronically filed Defendants' and Plaintiff's Joint Motion for Order Extending Time to File Response to First Amended Complaint for Monetary Damages through the Southern District of California's ECF system. On August 1, 2008, I also emailed an Order Extending Time to File Response to First Amended Complaint for Monetary Damages to efile_houston@casd.uscourts.gov, on which I cc'd counsel for Plaintiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 1, 2008, at Los Angeles, California.

_____/s Joseph S. Klapach_____
Joseph S. Klapach

- 3 -
JOINT MOTION FOR ORDER EXTENDING TIME TO RESPOND