UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STARFISH COASTAL PROPERTIES, LLC, a Georgia Limited Liability Company, KENNETH CHRIS SHELDON, an individual, ERIN PAIGE SHELDON, an individual; and DOES 1-25,<br><br>Defendants. | CASE No. 08 CV 0968 JAH LSP<br><br>ORDER EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT FOR MONETARY DAMAGES<br><br>Judge: Hon. John Houston<br><br>Magistrate Judge: Hon. Leo S. Papas |

The Court has read and considered the parties' Joint Motion to Extend Time to File Response to First Amended Complaint for Monetary Damages.

IT IS HEREBY ORDERED THAT

1. Defendants shall file a response to Plaintiff's First Amended Complaint on or before August 15, 2008.

DATED: August 4, 2008

_____
Hon. John A. Houston
United States District Judge

ORDER EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT