| Attorney or Party without Attorney: <br> COAST LAW GROUP, LLP <br> 169 SAXONY ROAD, SUITE 204 <br> ENCINITAS, CA 92024 <br> Telephone No: 760-942-8505  FAX No: 760-945-8515 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff  Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of California |

| Plaintiff: FRACTIONAL VILLAS, INC. |
|---|
| Defendant: STARFISH COASTAL PROPERTIES, LLC |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 0968 JAH LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT.

3. a. Party served:  KENNETH CHRIS SHELDON, AN INDIVIDUAL
   b. Person served: ERIN PAIGE SHELDON, SPOUSE

4. Address where the party was served:  13 14TH STREET
   TYBEE ISLAND, GA 31328

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 14, 2008 (2) at: 6:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAWRENCE L. HEARN
   d. The Fee for Service was: $62.50
   e. I am: Not a Registered California Process Server

   First Legal Support Services sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 22, 2008

   (LAWRENCE L. HEARN)

Judicial Council Form POS-010  PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL
                                                                 6175.coala.148378

| Attorney or Party without Attorney:<br>COAST LAW GROUP, LLP<br>169 SAXONY ROAD, SUITE 204<br>ENCINITAS, CA 92024<br>Telephone No: 760-942-8505   FAX No: 760-945-8515<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: FRACTIONAL VILLAS, INC.
Defendant: STARFISH COASTAL PROPERTIES, LLC

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0968 JAH LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT.

3. a. Party served: ERIN PAIGE SHELDON, AN INDIVIDUAL

4. Address where the party was served: 13 14TH STREET
TYBEE ISLAND, GA 31328

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 14, 2008 (2) at: 6:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. LAWRENCE L. HEARN

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $155.38
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jul. 22, 2008

   (LAWRENCE L. HEARN)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

936172.coala.148382

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| COAST LAW GROUP, LLP<br>169 SAXONY ROAD, SUITE 204<br>ENCINITAS, CA 92024<br>Telephone No: 760-942-8505   FAX No: 760-945-8515 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Southern District Of California | | | | |
| Plaintiff: FRACTIONAL VILLAS, INC. | | | | |
| Defendant: STARFISH COASTAL PROPERTIES, LLC | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0968 JAH LSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT.

3. a. Party served:                         STARFISH COASTAL PROPERTIES, LLC, A GEORGIA LIMITED LIABILITY COMPANY
   b. Person served:                        ERIN P. SHELDON, AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:      13 14TH STREET
                                            TYBEE ISLAND, GA 31328

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 14, 2008 (2) at: 6:45PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: STARFISH COASTAL PROPERTIES, LLC, A GEORGIA LIMITED LIABILITY COMPANY
   Under CCP 416.40 (association or partnership)

7. Person Who Served Papers:
   a. LAWRENCE L. HEARN
   
   First Legal Support Services ℠
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $62.50
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jul. 22, 2008

   (LAWRENCE L. HEARN)

Judicial Council Form POS-010         PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL                              936170.coala.148383